IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHANE WALKER,

     Appellant,

v.

Case No.  5D21-2663
LT Case No. 42-2019-DR-002767

ANDREA WALKER,

     Appellee.

_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for Marion County,
R. Gregg Jerald, Judge.

Boris Galustov, Adam P. Rowe, and
David P. Grigaltchik, of Grigaltchik &
Galustov, P.A., Jacksonville, for
Appellant.

Rebecca A. Guthrie and Mark D.
Shelnutt, of Mark D. Shelnutt, P.A.,
Ocala, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.